# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:16CR00041-015 |
| v. | **OPINION AND ORDER** |
| **SHAUNA NICOLE CHAFIN,** | By: James P. Jones |
| Defendant. | United States District Judge |

*Shauna Nicole Chafin, Pro Se Defendant.*

The defendant has filed a pro se motion seeking the reduction of her sentence under Amendment 794 to the Sentencing Guidelines, pursuant to 18 U.S.C. § 3582(c)(2). A district court may modify the term of imprisonment "of a defendant who has been sentenced . . . based on a sentencing range that has subsequently been lowered[,]" if the amendment is listed in the Guidelines as retroactively applicable. *Id.*; U.S. Sentencing Guidelines Manual § 1B1.10(a)(1), (d). Amendment 794 is not so listed. In any event, the defendant was sentenced in 2017, after the adoption of Amendment 794, so that 18 U.S.C. § 3582(c)(2) does not apply to her.

For these reasons, the defendant's motion (ECF No. 898) is DENIED.

It is so **ORDERED**.

ENTER: April 2, 2018

/s/ James P. Jones
United States District Judge